IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-308-MOC-DSC

| | |
|---|---|
| LASHONDA SIMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINSDTREAM COMMUNICATIONS, )<br>INC., JENNIFER BUCK, JOSH )<br>IMHOFF, ADAM COVINGTON, and )<br>SUE INTIHAR, )<br>)<br>Defendants. )<br>) | MEMORANDUM AND ORDER |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of "Defendants' Motion To Dismiss," Doc. 9, on July 19, 2011.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendant's Motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the DISMISSAL OF THE COMPLAINT WITH PREJUDICE.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until August 15, 2011 to respond to "Defendants' Motion To Dismiss."

**SO ORDERED.**

Signed: August 8, 2011

David S. Cayer
United States Magistrate Judge