# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11-CV-308-MOC-DSC

| | |
|---|---|
| LASHONDA SIMS, | ) |
|       Plaintiff, | ) |
| v. | )   **MEMORANDUM AND ORDER** |
| WINSDTREAM COMMUNICATIONS, INC., et al., | ) |
|       Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of the "Motion to Dismiss by Defendants Jennifer Buck, Josh Imhoff, Leslie Harrell, Sue Intihar and Adam Covington," Doc. 17, on September 28, 2011.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendants' Motion. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, the DISMISSAL OF THE COMPLAINT WITH PREJUDICE.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until October 17, 2011 to respond to the "Motion to Dismiss by Defendants Jennifer Buck, Josh Imhoff, Leslie Harrell, Sue Intihar and Adam Covington,"

**SO ORDERED.**

Signed: September 30, 2011

David S. Cayer
United States Magistrate Judge