# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:11cv308

| | |
|---|---|
| **LASHONDA SIMS,** | )<br>) |
| **Plaintiff,** | )<br>) |
| Vs. | ) **ORDER**<br>) |
| **WINDSTREAM COMMUNICATIONS, INC.,** | )<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER** is before the court on defendant's Motion to Appoint a Mediator (#26). In appearing that defendant's counsel has attempted to contact plaintiff, who is proceeding *pro se*, to schedule a mediation in accordance with Local Rules 16.2(A) and 16.3 and this court's Pretrial Order and Case Management Plan (#25), and having received no response from plaintiff to date, the court issues the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Appoint a Mediator (#26) is **GRANTED**, and the court hereby appoints Peter Crane Anderson as mediator in this action. The court hereby extends the current deadline of August 13 until August 20. Should the parties be unable to conduct a Mediated Settlement Conference prior to the extended deadline, they are ordered to advise the court in writing as soon as possible. The parties are reminded that they are jointly liable for the cost of the mediation.

The Clerk of Court is ordered to serve a copy of this Order conventionally upon plaintiff, at her address listed on CM/ECF, and upon Peter Crane Anderson.

Signed: August 13, 2012

Max O. Cogburn Jr.
United States District Judge